UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD E. JORGENSEN,

Plaintiff(s),

v.

ROUND AMERICA LLC; WILLIAM M WINDSOR d.b.a. ALCATRAZTICKETS.COM, ROUNDAMERICA.COM, ET AL.

Defendant(s).

No. C 07-02445 EMC

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
EDWARD M. CHEN

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 15, 2007

Signature

Counsel for Def. WILLIAM M. WINDSOR
(Plaintiff, Defendant or indicate "pro se")