

1 | Daniel Ray Bacon, Esq., State Bar # 103866
LAW OFFICES OF DANIEL RAY BACON
2 | 234 Van Ness Avenue
San Francisco, California 94102-4515
3 | Telephone: (415) 864-0907
Facsimile: (415) 864-0989
4 |
Attorneys for Plaintiff
5 | RICHARD E. JORGENSEN

6 |

UNITED STATES DISTRICT COURT

7 |

NORTHERN DISTRICT OF CALIFORNIA

8 |

9 | RICHARD E. JORGENSEN                        ) CASE NO.  C 07-02445 EMC
                                               )
10 |              Plaintiff,                    )
                                               )
11 |         v.                                 ) STIPULATED REQUEST
                                               ) FOR DISMISSAL AND ORDER
12 | ROUND AMERICA LLC, WILLIAM M.             )
WINDSOR dba ALCATRAZ TICKETS.COM,              )
13 | ROUND AMERICA.COM,                         )
ALCATRAZ US.COM,                               )
14 | ALCATRAZ TOURS.COM; RYAN WINDSOR          )
and DOES 1 -20,                                )
15 | inclusive,                                 )
                                               )
16 |              Defendants.                   )
                                               )
17 | _____)

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 | STIPULATED REQUEST
FOR  DISMISSAL & ORDER

1

2    The parties to above-referenced action have entered into a mutually acceptable settlement

3    agreement and hereby stipulate through their counsel that the court may dismiss this action with

4    prejudice and without an award of attorney fees.

5

6    Dated: July 31, 2007                    LAW OFFICES OF DANIEL RAY BACON

7

8

9                                           By:   /DANIEL RAY BACON
                                                  Attorney for Plaintiff
10                                                RICHARD E. JORGENSEN

11

12

13   Dated: 7/31/07                         BLEDSOE, CATHCART, DIESTEL & PEDERSON, LLP

14

15                                          By:   L. JAY PEDERSON
                                                  Attorney for Defendant
16                                                WILLIAM WINDSOR

17

18

19

20   The parties having so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders

21   the case dismissed with prejudice and without award of attorney fees or costs for any party.

22

23

24   DATED: _____

25                                          EWARD M. CHEN
                                            UNITED STATES DISTRICT COURT
26                                          MAGISTRATE JUDGE

27

28   STIPULATED REQUEST
     FOR  DISMISSAL & ORDER                      -1-