1  Daniel Ray Bacon, Esq., State Bar # 103866
   LAW OFFICES OF DANIEL RAY BACON
2  234 Van Ness Avenue
   San Francisco, California 94102-4515
3  Telephone: (415) 864-0907
   Facsimile: (415) 864-0989
4
   Attorneys for Plaintiff
5  RICHARD E. JORGENSEN

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  RICHARD E. JORGENSEN          ) CASE NO. C 07-02445 EMC
                                 )
10                Plaintiff,     )
                                 )  STIPULATED REQUEST
11        v.                     )  FOR DISMISSAL AND ORDER
                                 )
12 ROUND AMERICA LLC, WILLIAM M. )
   WINDSOR dba ALCATRAZ TICKETS.COM, )
13 ROUND AMERICA.COM,            )
   ALCATRAZ US.COM,              )
14 ALCATRAZ TOURS.COM; RYAN WINDSOR )
   and DOES 1 -20,               )
15 inclusive,                    )
                                 )
16                Defendants.    )
17 _____ )

28 STIPULATED REQUEST
   FOR DISMISSAL & ORDER

The parties to above-referenced action have entered into a mutually acceptable settlement agreement and hereby stipulate through their counsel that the court may dismiss this action with prejudice and without an award of attorney fees.

Dated: July 31, 2007

LAW OFFICES OF DANIEL RAY BACON

By: /DANIEL RAY BACON
Attorney for Plaintiff
RICHARD E. JORGENSEN

Dated: 7/31/07

BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP

By: L. JAY PEDERSON
Attorney for Defendant
WILLIAM WINDSOR

The parties having so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders the case dismissed with prejudice and without award of attorney fees or costs for any party.

DATED: August 6, 2007

EWARD M. CHEN
UNITED STATES
MAGISTRATE

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATED REQUEST
FOR DISMISSAL & ORDER    -1-