1  Daniel Ray Bacon, Esq., State Bar # 103866
   LAW OFFICES OF DANIEL RAY BACON
2  234 Van Ness Avenue
   San Francisco, California 94102-4515
3  Telephone: (415) 864-0907
   Facsimile: (415) 864-0989
4
   Attorneys for Plaintiff
5  RICHARD E. JORGENSEN

6
                        UNITED STATES DISTRICT COURT
7
                       NORTHERN DISTRICT OF CALIFORNIA
8

9  RICHARD E. JORGENSEN            ) CASE NO. C 07-02445 EMC
                                   )
10            Plaintiff,           )
                                   )
11      v.                         ) STIPULATED REQUEST
                                   ) FOR DISMISSAL AND ORDER
12 ROUND AMERICA LLC, WILLIAM M.   )
   WINDSOR dba ALCATRAZ TICKETS.COM,)
13 ROUND AMERICA.COM,              )
   ALCATRAZ US.COM,                )
14 ALCATRAZ TOURS.COM; RYAN WINDSOR)
   and DOES 1-20,                  )
15 inclusive,                      )
                                   )
16            Defendants.          )
17                                 )

18

...

28 STIPULATED REQUEST
   FOR DISMISSAL & ORDER

The parties to above-referenced action have entered into a mutually acceptable settlement agreement and hereby stipulate through their counsel that the court may dismiss this action with prejudice and without an award of attorney fees.

Dated: July 31, 2007                LAW OFFICES OF DANIEL RAY BACON

                                    By: /s/ DANIEL RAY BACON
                                        Attorney for Plaintiff
                                        RICHARD E. JORGENSEN

Dated: 7/31/07                      BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP

                                    By: /s/ L. JAY PEDERSON
                                        Attorney for Defendant
                                        WILLIAM WINDSOR

The parties having so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders the case dismissed with prejudice and without award of attorney fees or costs for any party.

DATED: August 6, 2007

                                    EWARD M. CHEN
                                    UNITED STATES
                                    MAGISTRATE

                                    IT IS SO ORDERED
                                    /s/ Judge Edward M. Chen

STIPULATED REQUEST
FOR DISMISSAL & ORDER              -1-